| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | Crim Misc 01 Page 12 |
| | | DOCKET NUMBER (Rec. Court) |
| | | **09 CR 10371** |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION U.S. Probation |
| Diego Mas Marques 32 Webster Street Medford, Massachusetts 02155 | NAME OF SENTENCING JUDGE Honorable **George B. Daniels** | |
| | DATES OF PROBATION SUPERVISED RELEASE | FROM August 20, 2008 / TO August 19, 2011 |

**OFFENSE**

Two counts of Burglary, Penal Code 1995, Article 202 and one count of Willful Homicide, Penal Code 1995, Article 138.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF MASSACHUSETTS** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_OCT 0 8 2009_
Date

_George B. Daniels_
**GEORGE B. DANIELS**
United States District Court Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **DISTRICT OF MASSACHUSETTS**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Nov. 29, 2009_
Effective Date

United States District Judge